**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge VILLEGAS–CAVADA,**
**Defendant–Appellant.**

**No. 07–30036.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007[*].

Filed Aug. 20, 2007.

Byron G. Chatfield, Office of the U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

Tonia L. Moro, Esq., Federal Public Defender's Office, Medford, OR, for Defendant–Appellant.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, SILVERMAN, and M. SMITH, *Circuit Judges*.

MEMORANDUM [**]

Jorge Villegas–Cavada appeals from the 51–month sentence imposed following his guilty-plea conviction for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Villegas–Cavada contends that the district court erred by enhancing his sentence. Specifically, he asserts that his 2004 removal, which was executed pursuant to a reinstated removal order entered by an immigration official, was unlawful and cannot satisfy the removal requirement of 8 U.S.C. § 1326(b) and U.S.S.G. § 2L1.2. This contention is foreclosed. *See United States v. Diaz–Luevano*, 494 F.3d 1159, 1162–63, No. 05–50129, 2007 WL 2044256, *2–3 (9th Cir. July 18, 2007) (per curiam).

Villegas–Cavada contends that pursuant to *Dretke v. Haley*, 541 U.S. 386, 124 S.Ct. 1847, 158 L.Ed.2d 659 (2004), and *Shepard v. United States*, 544 U.S. 13, 125 S.Ct. 1254, 161 L.Ed.2d 205 (2005), the avoidance of constitutional doubt doctrine requires the Court to construe 8 U.S.C. § 1326 such that a two-year statutory maximum applies to his offense, and to reject the holding of *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). As Villegas–Cavada concedes, this contention is

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

foreclosed. *See United States v. Beng-Salazar,* 452 F.3d 1088, 1091 (9th Cir. 2006); *see also United States v. Grisel,* 488 F.3d 844, 846–47 (9th Cir.2007) (en banc).

**AFFIRMED.**

---

* Derral G. Adams is substituted for his predecessor, George M. Galaza, as Warden of Corcoran State Prison, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.